

FILED
CLERK, U.S. DISTRICT COURT
MAR - 1 2013
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.: CR 08-01210-MWF-1 |
| ) | |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING |
| ) | [Fed.R.Crim.P. 32.1(a)(6); |
| v. ) | 18 U.S.C. 3143(a)] |
| ) | |
| DONNIE RAY SHAY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The defendant having been arrested in this district pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation of the terms and conditions of his supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (X)   The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is

1 | based on his failure to proffer any evidence to meet his burden
2 | on this issue;
3 | and
4 | B.  (X)  The defendant has not met his burden of establishing by
5 | clear and convincing evidence that he is not likely to pose a
6 | danger to the safety of any other person or the community if
7 | released under 18 U.S.C. § 3142(b) or (c).  This finding is
8 | based on his failure to proffer any evidence to meet his burden
9 | on this issue.
10 | IT THEREFORE IS ORDERED that the defendant be detained pending
11 | the further revocation proceedings.

DATED:  March 1, 2013

*Margaret A. Nagle*
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE

2